UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DEMARIO WINSTON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

Case Number 16-00865
Criminal Case Number 11-00012
Honorable David M. Lawson

## JUDGMENT

In accordance with the opinion and order granting the motion to vacate sentence entered on this date, it is **ORDERED AND ADJUDGED** that the motion to vacate sentence pursuant to 28 U.S.C. § 2255 is **GRANTED** and the judgment of sentence issued on September 3, 2015 is **VACATED**.

    s/David M. Lawson
    DAVID M. LAWSON
    United States District Judge
    Sitting by special designation

Date: September 27, 2019